## STEVENS *v.* DUNBAR, on Appeal.

*Saturday,*   HELD, that a judgment in favour of the defendant upon a
*July 15.*   demurrer to the declaration, is no bar to a subsequent suit for
the same cause. *Lepping* v. *Kedgewin*, 1 Mod. 207 (1).

*Held*, also, that in an action of debt upon a note, the interest
ascertained to be due at the time of the judgment, ought to be
entered as so much in damages; and that the judgment in such
case is that the plaintiff recover against the defendant the sum
of——dollars in debt, and the sum of——dollars in damages,
making in all the sum of——dollars, together with his costs and
charges.

(1)  1 Chitt. Plead. 195.—*Kendal* v. *Talbot*, 1 Marsh. Ky. Rep. 321.